1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

The Honorable Ronald B. Leighton

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

MONIQUE CHARLENE TILLMAN and
ERIC BRANCH,

            Plaintiffs,

vs.

JARED WILLIAMS, JOSHUA
MCKENZIE, HENRY KNAACK,
TACOMA POLICE CHIEF DONALD
RAMSDELL, THE CITY OF TACOMA,
SIMON PROPERTY GROUP, LP,
UNIVERSAL PROTECTION
SERVICES, L.P., and JOHN and JANE
DOES 1-10,

            Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

No. 3:16-cv-05794-RBL

**DECLARATION OF ALEXANDER E.**
**ACKEL IN SUPPORT OF PLAINTIFFS'**
**MOTION FOR SANCTIONS**

I, Alexander E. Ackel, declare under penalty of perjury under the laws of the State of Washington that the following is true and correct:

    1.    I am counsel for plaintiffs Monique Tillman and Eric Branch. I am over the age of 18, I am competent to testify to the matter stated herein, and make this declaration based upon my personal knowledge.

    2.    Attached hereto as Exhibit A is a true and correct copy of Plaintiffs' Request for Production of Documents and Things to Defendants Tacoma Police Chief Donald Ramsdell, the

DECLARATION OF ALEXANDER E. ACKEL IN SUPPORT OF PLAINTIFFS' MOTION
FOR SANCTION
Case No. 3:16-cv-05794-RBL
Page 1

FRIEDMAN | RUBIN
1126 HIGHLAND AVE.
BREMERTON, WA 98337
(360) 782-4300

City of Tacoma, Jared Williams, and Joshua McKenzie (Set Five) ("Plaintiffs' Fifth Set of RFPs"), served on October 12, 2017.

3.    Attached hereto as Exhibit B is a true and correct copy of emails between counsel dated October 12, 2017.

4.    On November 16, 2017, I met and conferred with defense counsel regarding Plaintiffs' Fifth Set of RFPs. Defense counsel represented that documents responsive to these requests might be contained in the "history file."

5.    Attached hereto as Exhibit C is a true and correct copy of emails between counsel dated November 30, 2017.

6.    Attached hereto as Exhibit D is a true and correct copy of emails from defense counsel dated November 30, 2017 and December 8, 2017.

7.    Attached hereto as Exhibit E is a true and correct copy of emails between counsel dated November 30, 2017 and December 14, 2017.

8.    Attached hereto as Exhibit F is a true and correct copy of excerpts from the deposition of Donald Ramsdell, taken on September 20, 2017.

9.    Attached hereto as Exhibit G is a true and correct copy of excerpts from the deposition of Matthew Graham, taken on November 29, 2017.

10.    Attached hereto as Exhibit H is a true and correct copy of excerpts from Plaintiffs' Second Amended Complaint.

11.    I spent 9.1 hours in preparing Plaintiffs' Motion for Sanctions and am asking $200.00 for each hour spent in preparation of this motion.

I declare and certify under the laws of Washington, under penalty of perjury, that the foregoing is true and correct and that this declaration was executed on December 19, 2017 at Seattle, Washington.

FRIEDMAN | RUBIN

_____

Alexander E. Ackel, WSBA # 52073

DECLARATION OF ALEXANDER E. ACKEL IN SUPPORT OF PLAINTIFFS' MOTION
FOR SANCTION
Case No. 3:16-cv-05794-RBL
Page 2

FRIEDMAN | RUBIN
1126 HIGHLAND AVE.
BREMERTON, WA 98337
(360) 782-4300

**CERTIFICATE OF SERVICE**

I hereby certify that on December 19, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following in the manner indicated:

| | | |
|---|---|---|
| Geoffrey M. Grindeland<br>Hunter G. Jeffers<br>MILLS MEYERS SWARTLING P.S.<br>1000 Second Avenue, 30th Floor<br>Seattle, WA 98104<br><br>Attorneys for Defendants HENRY KNAACK, SIMON PROPERTY GROUP, UNIVERSAL PROTECTION SERVICES, INC | ( )<br>( )<br>( )<br>(X) | Legal Messenger Service<br>Facsimile<br>U.S. Mail<br>Email |
| Jean P. Homan<br>OFFICE OF THE CITY ATTORNEY<br>747 Market Street, Room 1120<br>Tacoma, WA 98402-3767<br><br>Attorneys for Defendants JARED WILLIAMS, JOSHUA McKENZIE, TACOMA POLICE CHIEF DONALD RAMSDELL and THE CITY OF TACOMA | ( )<br>( )<br>( )<br>(X) | Legal Messenger Service<br>Facsimile<br>U.S. Mail<br>Email |

/s/ Dana C. Watkins
Dana C. Watkins, Paralegal

DECLARATION OF ALEXANDER E. ACKEL IN SUPPORT OF PLAINTIFFS' MOTION FOR SANCTION
Case No. 3:16-cv-05794-RBL
Page 3

FRIEDMAN | RUBIN
1126 HIGHLAND AVE.
BREMERTON, WA 98337
(360) 782-4300