UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MONIQUE CHARLENE TILLMAN and ERIC BRANCH,<br><br>Plaintiff,<br>v.<br><br>JARED WILLIAMS, et al,<br><br>Defendant. | CASE NO. C16-5794RBL<br><br>ORDER ON MOTIONS FOR SUMMARY JUDGMENT |

THIS MATTER is before the Court on the Tacoma Defendants' Motion for Summary Judgment on All Claims [Dkt. #56], and Plaintiffs' competing Motion for Partial Summary Judgment [Dkt. #67]. The Court has reviewed all materials filed by the parties, including two videos of the incident. The Court is firmly convinced that no part of this case can or should be resolved in summary fashion. A reading of the memos may make a plausible case for resolving one or two claims summarily; however, the videos have persuaded the Court that the parties should come to trial, tell their stories and learn the jurors' judgment on the conduct of all parties involved. There are issues of material fact touching on every aspect of the case: excessive force, qualified immunity, *Monell* liability, false imprisonment, malicious prosecution, and the tort of outrage. This bush will not be pruned by this Court prior to trial.

1 | The Tacoma Defendants' Motion for Summary Judgment [Dkt. #56] and Plaintiff's
2 | Motion for Partial Summary Judgment [Dkt. 67] are **DENIED.**
3 | **IT IS SO ORDERED.**
4 | Dated this 30th day of January, 2018.

_____
Ronald B. Leighton
United States District Judge