THE HONORABLE RONALD B. LEIGHTON
Trial Date: March 12, 2018

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MONIQUE CHARLENE TILLMAN and ERIC BRANCH, <br><br> Plaintiffs, <br><br> vs. <br><br> JARED WILLIAMS and THE CITY OF TACOMA, <br><br> Defendants. | NO. 3:16-cv-05794-RBL <br><br> NOTICE TO ATTEND TRIAL |

NOTICE IS HEREBY GIVEN that Defendants require attendance of the following persons upon trial of this matter beginning March 12, 2018, in the courtroom of the Honorable Ronald B. Leighton, Room B, United States District Court, Western District, 1717 Pacific Avenue, Tacoma, Washington:

**Monique Charlene Tillman**

**Eric Branch**

This Notice to Attend Trial compels the attendance of the individuals identified above with the same force and effect as a subpoena.

NOTICE TO ATTEND TRIAL - Page 1 of 3
(3:16-cv-05794-RBL)

Tacoma City Attorney
Civil Division
747 Market Street, Room 1120
Tacoma, WA 98402-3767
(253) 591-5885 / Fax 591-5755

DATED this 6 day of March, 2018.

        WILLIAM C. FOSBRE, City Attorney

        By:   */s/ Jean Homan*
                JEAN P. HOMAN
                WSB #27084
                Deputy City Attorney
                Attorney for Defendants

NOTICE TO ATTEND TRIAL - Page 2 of 3
(3:16-cv-05794-RBL)

Tacoma City Attorney
Civil Division
747 Market Street, Room 1120
Tacoma, WA 98402-3767
(253) 591-5885 / Fax 591-5755

## DECLARATION OF SERVICE

I hereby certify that on March 6, 2018, I cause a true and correct copy of the above Notice to Attend Trial to be served upon the following:

**Plaintiffs' Counsel**

Vito de la Cruz,
Tamaki Law Firm
2200 112th Avenue NE, Suite 200
Bellevue, WA 98004
vito@tamakilaw.com

**Plaintiffs' Co-Counsel**

Richard H. Friedman            Sean J. Gamble
Friedman | Rubin               Friedman | Rubin
1126 Highland Avenue           51 University Street, Suite 201
Bremerton, WA 98337            Seattle, WA 98101
rfriedman@friedmanrubin.com    sgamble@friedmanrubin.com

DATED this 6th day of March, 2018, at Tacoma, Washington.

/s/ Staci Black
Staci Black, Paralegal
Tacoma City Attorney's Office
747 Market Street, Suite 1120
Tacoma, WA 98402
(253) 591-5268
Fax: (253) 591-5755
sblack@ci.tacoma.wa.us

NOTICE TO ATTEND TRIAL - Page 3 of 3
(3:16-cv-05794-RBL)

Tacoma City Attorney
Civil Division
747 Market Street, Room 1120
Tacoma, WA 98402-3767
(253) 591-5885 / Fax 591-5755