HONORABLE RONALD B. LEIGHTON

ORIGINAL

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MONIQUE CHARLENE TILLMAN and ERIC BRANCH,<br><br>Plaintiffs,<br><br>v.<br><br>JARED WILLIAMS and THE CITY OF TACOMA,<br><br>Defendants. | CASE NO. C16-5794 RBL<br><br>VERDICT FORM |

We, the jury, answer the questions submitted by the Court as follows:

1. Do you find that Officer Williams violated Monique Tillman's constitutional rights by using excessive force on May 24, 2014?

    Yes  X       No ___

2. Do you find that Officer Williams violated Monique Tillman's constitutional rights by unreasonably seizing her on May 24, 2014?

    Yes  X       No ___

    *If you answered "Yes" to Question 1 or 2, proceed to Questions 3, 4, and 5. If you answered "No" to both Questions 1 and 2, proceed to Question 6.*

3. Do you find that Chief Ramsdell ratified Officer Williams' deprivation of Monique Tillman's constitutional rights?

    Yes  X       No ___

VERDICT FORM - 1

4. Do you find that the Tacoma Police Department's official policy, practice, or custom was the moving force behind the deprivation of Monique Tillman's constitutional rights?

    Yes ___   No ✗

5. Do you find that the Tacoma Police Department's failure to adequately train Officer Williams was the moving force behind the deprivation of Monique Tillman's constitutional rights?

    Yes ___   No ✗

6. Do you find that Officer Williams falsely imprisoned Monique Tillman on May 24, 2014?

    Yes ✗   No ___

7. Do you find that Officer Williams maliciously prosecuted Monique Tillman?

    Yes ___   No ✗

*If you answered "Yes" to any of the questions above, proceed to Question 8. If you answered "No" to all of the questions above, proceed to Question 10.*

8. What do you find to be the amount of Monique Tillman's damages?

    $ 500,000

*Answer Question 9 only if you answered "Yes" to Question 1 or 2. If you answered "No" to Questions 1 and 2, skip Question 9 and proceed to Question 10.*

9. Do you award punitive damages to Monique Tillman?

    Yes ___   No ✗

    If yes, in what amount?

    $ _____

10. Do you find that Officer Williams violated Eric Branch's constitutional rights by unreasonably seizing him on May 24, 2014?

    Yes ✗   No ___

11. Do you find that Officer Williams falsely imprisoned Eric Branch on May 24, 2014?

    Yes ✗   No ___

VERDICT FORM - 2

*If you answered "Yes" to Question 10 or 11, proceed to Question 12. If you answered "No" to Questions 10 and 11, sign and date the verdict form and notify the clerk.*

12. What do you find to be the amount of Eric Branch's damages?

    $ 50,000

*Answer Question 13 only if you answered "Yes" to Question 10. If you answered "No" to Question 10, skip Question 13, sign and date the verdict form and notify the clerk.*

13. Do you award punitive damages to Eric Branch?

    Yes ___    No  X

    If yes, in what amount?

    $ _____


**Sign and date the verdict form and notify the clerk.**


Dated this 22nd day of March, 2018.

_____
Presiding Juror

VERDICT FORM - 3