UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MONIQUE CHARLENE TILLMAN, and ERIC BRANCH., <br><br> Plaintiffs, <br><br> vs. <br><br> JARED WILLIAMS and THE CITY OF TACOMA, <br><br> Defendants. | C16-5794RBL |

JURY NOTES

1) Are the rules for "traffic stops" for cars the same for bicycles.

2. Does the prosecutor's office decision regarding whether a crime has occured trump that of the police officer's decision.

3. Does the fact that officer Williams is paid by the mall represent a conflict of interest?

4. Does

⬛ Is there a specific legal reason why Officer Williams potential conflict of interest due to his employment by the Mall.

For example: A criminal complaint of criminal tresspass Is a claim by the mall against the Plaintiff. Officer Williams was employed by the mall using the color and force of the Tacoma Police to investigate a claim by his employer (The Mall). Does this violate Monique and Eric's right to potentially due process and equal protection under the law.

## NOTE FROM JURY

DATE: _____          TIME: _____

------------------------------------------------------------

------------------------------------------------------------

------------------------------------------------------------

------------------------------------------------------------

------------------------------------------------------------

------------------------------------------------------------

Foreperson / JUROR NAME #

## RESPONSE

DATED: __3-22-18__          TIME: __18:49__

You have the evidence.
You have the instructions.
You have everything you need to decide the issues before you.

*Ronald B. Leighton* (signature)
RONALD B. LEIGHTON
United States District Judge